IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE LOCAL COURT IN BAYREUTH, GERMANY IN THE MATTER OF NATASCHA ALEXANDRA KREUTZER, et al. v. RAYMOND GONZALEZ Foreign Ref. No. 001 F 1087/18 § § § § § § § | Cause No. DR-20-CV-00015-AM |

## ORDER

On March 30, 2020, the United States of America (the "Plaintiff") filed a Notice of Voluntary Dismissal in compliance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 4.) The Court therefore **ORDERS** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Court further **ORDERS** that the Clerk of Court shall immediately close the present civil cause of action.

SIGNED this ____6th____ day of April 2020.

ALIA MOSES
United States District Judge